# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
FELIX ARREOLA

**DEFENDANTS**
JOHN HALEAS, W. LARK, and the CITY OF CHICAGO

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
THE SCHWARTZ FIRM
211 W. Wacker Dr., Suite 550, Chicago, IL 60606
(312) 972-1300

Attorneys (If Known)

**II. BASIS OF JURISDICTION**
[X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
Citizen of This State: DEF [X] 1

**IV. NATURE OF SUIT**
[X] 440 Other Civil Rights

**V. ORIGIN**
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
42 U.S.C. 1983, Illinois state law

**VIII. REQUESTED IN COMPLAINT:**
JURY DEMAND: [X] Yes

**IX. This case** [X] is not a refiling of a previously dismissed action.

**DATE** 5/14/08

SIGNATURE OF ATTORNEY OF RECORD