AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FELIX ARREOLA,

|  |  |
|---|---|
| CASE NUMBER: | 08 CV 2802 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | Guzman |

JOHN HALEAS, Star No. 6719; W. LARK, Star No. 16237; and CITY OF CHICAGO

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Keys |

TO: (Name and address of Defendant)

Chicago Police Officer John Haleas, Star No. 6719
Attn: Office of Legal Affairs
3510 S. Michigan Avenue
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Randall W. Schwartz
THE SCHWARTZ FIRM
211 W. Wacker Dr., Suite 550
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

URI ISUFI                                                                 AUG 15 2008
(By) DEPUTY CLERK                                                         DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 8/15/08 |
| NAME OF SERVER (PRINT)  RANDALL SCHWARTZ | TITLE  ATTORNEY |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: CHICAGO POLICE DEPT., OFFICE OF LEGAL AFFAIRS, 3510 S. MICHIGAN, CHICAGO IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: A. YANCY

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/15/08
            Date                    Signature of Server

                                    211 W. WACKER #550, CHICAGO IL 60606
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.