UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of<br>FELIX ARREOLA,<br><br>                            Plaintiff,<br>v.<br><br>JOHN HALEAS, Star No. 6719; W. LARK,<br>Star No. 16237; and CITY OF CHICAGO,<br><br>                            Defendants. | Case<br><br>No. 08 C 2802<br><br>Judge Guzman<br><br>Magistrate Judge Keys |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| SIGNATURE | |
|---|---|
| s/Larry S. Kowalczyk | |
| **FIRM** | |
| Querrey & Harrow, Ltd. | |
| **STREET ADDRESS** | |
| 175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06225367 | **TELEPHONE NUMBER**<br>312/540-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES           NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES           NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES  X       NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES X       NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL                          APPOINTED COUNSEL | |