UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
| --- | --- |
| FELIX ARREOLA, | |
| Plaintiff, | No. 08 C 2802 |
| v. | Judge Guzman |
| JOHN HALEAS, Star No. 6719; W. LARK, Star No. 16237; and CITY OF CHICAGO, | Magistrate Judge Keys |
| Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| SIGNATURE | |
| --- | --- |
| s/Dominick L. Lanzito | |
| **FIRM** | |
| Querrey & Harrow, Ltd. | |
| **STREET ADDRESS** | |
| 175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6277856 | 312/540-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES        NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES        NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES        NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES   NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL                       APPOINTED COUNSEL | |