IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FELIX ARREOLA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 2802 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| JOHN HALEAS, Star No. 6719; W. LARK, Star No. 16237; and CITY OF CHICAGO, | ) ) ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

### DEFENDANT JOHN HALEAS' MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant, John Haleas, Star No. 6719, by and through his Attorneys, QUERREY & HARROW, Ltd., in for his Motion to Enlarge Time to Answer Plaintiff's Complaint, states as follows:

1. Plaintiff, FELIX ARREOLA has filed his complaint alleging civil rights violations stemming from an arrest for DUI that occurred on May 14, 2006.

2. Counsel for Haleas has recently been assigned the defense of this matter and filed their appearances on September 3, 2008. According to the Court's docket, the answer is due September 4, 2008. Defendant's counsel is reviewing the information recently provided in order to properly answer or otherwise plead to Plaintiff's Complaint.

3. On information and belief the Court extended time for co-defendants to file their responsive pleadings by September 18, 2008.

4. Defendant Haleas requests an enlargement of time to September 18, 2008 to file his responsive pleadings to the Plaintiff's Complaint.

WHEREFORE, Defendant, John Haleas, Star No. 6719, respectfully requests this Honorable Court enlarge time for this Defendant to answer or otherwise plead by September 18, 2008.

                              Respectfully Submitted:

                              Defendant, JOHN HALEAS

                  By:    /s/ Daniel F. Gallagher
                              One of his attorneys

Daniel F. Gallagher, Esq.
Larry Kowalczyk, Esq.
Dominick L. Lanzito, Esq.
QUERREY & HARROW, LTD.
175 West Jackson, Suite 1600
Chicago, Illinois 60604
Phone: 312-540-7000