50855-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FELIX ARREOLA,<br><br>  Plaintiff,<br>v.<br><br>JOHN HALEAS, Star No. 6719; W. LARK,<br>Star No. 16237; and CITY OF CHICAGO,<br><br>  Defendants. | No. 08 CV 2802<br><br>Judge Guzman<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

To:  All Counsel of Record
     (See attached Service List)

On **September 9, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Guzman** or any Judge sitting in his stead, in **Room 1219** or the courtroom usually occupied by him in the U.S. District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendant John Haleas' Motion to Enlarge Time To Answer Or Otherwise Plead to Plaintiff's Complaint** .

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendant | Officer John Haleas |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

## PROOF OF SERVICE

I, Daniel F. Gallagher, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named party attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on September 3, 2008.

                              s/Daniel F. Gallagher

[X]  Under penalties as provided by law pursuant
     to Ill. Rev. Stat., ch. 110, Sect. 1-109, I
     certify that the statements set forth herein
     are true and correct.

50885-DFG
*Felix Arreola v. Haleas, et al.*
*Cause No: 08 C 2802*

## SERVICE LIST

Randall W. Schwartz
The Schwartz Firm
211 W. Wacker Dr.
#550
Chicago, IL 60606
Phone: (312) 972-1300
*Attorney for Plaintiff Felix Arreola*

Terrence Michael Burns
Daniel Matthew Noland
Paul A. Michalik
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
Tel: (312) 876-1700
*Attorneys for Defendants W. Lark and City of Chicago*