# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Felix Arreola

                Plaintiff,

v.    Case No.: 1:08−cv−02802
    Honorable Ronald A. Guzman

John Haleas, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held on 8/29/2008. Fact discovery ordered closed by 12/29/2008. Expert reports by 1/29/09. Rebuttal reports by 2/19/09. All discovery closes 3/2/09. Defendants Lark and City of Chicago's oral motion to extend time to respond to the complaint is granted to and including 9/18/08. Status hearing set for 3/4/2009 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.